```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -versus-<br><br>PETER MONSANTO,<br><br>             Defendant. | 87 Cr. 555 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Monsanto's submissions regarding (i) his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) and (ii) his motion to amend his pending motion under Rule 35.  (Dkt. nos. 129-31.)  The Government shall respond to those submissions by no later than August 25, and Mr. Monsanto may submit a reply by no later than September 8.

    The Court is also in receipt of Mr. Monsanto's second reply in support of his Rule 35 motion.  (Dkt. no. 138.)  Because it appears that Mr. Monsanto raises somewhat new arguments in this filing -- particularly his point that parole was available to continuing criminal enterprise defendants, like Mr. Monsanto, from 1984-1987 based on changes to subsection (c) of 21 U.S.C. § 848 in the 1984 amendments (see id. at 2-3) -- the Government may submit a response by no later than August 25.

**SO ORDERED.**

Dated:  July 20, 2020
        New York, New York      _____
                                        LORETTA A. PRESKA, U.S.D.J.