UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

PETER MONSANTO,

        Defendant.

No. 87-CR-555(LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Defendant Peter Monsanto's motion [dkt. no. 148] for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  The Government shall respond to Mr. Monsanto's motion no later than January 22, 2021.  Mr. Monsanto may file any reply no later than February 22, 2021.

**SO ORDERED.**

Dated:  November 23, 2020
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.