UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-against-

PETER MONSANTO,

            Defendant.

No. 87-CR-555 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On February 2, 2021, the Court granted Defendant Peter Monsanto's application for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (See dkt. no. 153.) Accordingly, the Clerk of the Court shall deny as moot the motions pending at docket numbers 120, 129, and 130.

**SO ORDERED.**

Dated:    June 2, 2021
           New York, New York

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge